## Commonwealth ex rel. Gratkowski, Appellant, v. Russell.

Submitted April 12, 1965. *Joseph A. Gratkowski*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Hampton, Appellant, v. Myers.

Submitted April 12, 1965. *John L. Hampton*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Jones, Appellant, v. Russell.

Submitted April 12, 1965. *Neal Jones*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.